STATE OF NEW JERSEY v. STEVEN JAMISON.

July 8, 1988.

Motion for summary disposition is granted. The judgment is modified to reflect that defendant is entitled to a jail time credit

of 141 days to be applied to the end of defendant's second sentence. See *Richardson v. Nickolopoulos*, 110 *N.J.* 241 (1988).

Jurisdiction is not retained.